United States District Court
Southern District of Texas
ENTERED
July 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALVIN EILAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-23-1272 |
| WESTLAKE FINANCIAL SERVICES LLC | § | |
| and EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM OPINION AND ORDER**

Alvin Eiland brought this action against Westlake Financial Services LLC ("Westlake") and Experian Information Solutions, Inc., alleging violations of the Fair Credit Reporting Act and seeking damages.[1] Pending before the court is Defendant Westlake Services, LLC's Motion for Extension of Time to File Dispositive Motion ("Westlake's Extension Motion") (Docket Entry No. 41). Because of the large number of cases pending on the court's docket, the court ordinarily limits the parties to one dispositive motion each. The court has already ruled on two dispositive motions filed by Westlake, including one summary judgment motion.[2] Although Westlake attempted but was unable to take Plaintiff's deposition

---

[1]Complaint, Docket Entry No. 11, p. 1 ¶ 1.

[2]Memorandum Opinion and Order, Docket Entry No. 17; Memorandum Opinion and Order, Docket Entry No. 28.

before the original discovery deadline, the appropriate response would have been to seek extensions before the pretrial motion deadline so as to avoid piecemeal motions. Westlake's Extension Motion is therefore **DENIED**. The court has granted extensions when requested, and the court intends to try the case promptly. The joint pretrial order is due September 6, 2024, and docket call is set for September 13, 2024, at 3:00 p.m. It is unlikely that the court will extend these dates or any existing deadlines absent a compelling reason.

**SIGNED** at Houston, Texas, on this the 26th day of July, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE