United States District Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALVIN EILAND, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-23-1272 |
| § | |
| WESTLAKE FINANCIAL SERVICES § | |
| LLC and EXPERIAN INFORMATION § | |
| SOLUTIONS, INC., § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendant Westlake Services, LLC DBA Westlake Financial Services' Motion for Summary Judgment (Docket Entry No. 47), this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 3rd day of September, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE